UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: CARMELO FLORES SANTOS
DEBTOR(S)

BK. CASE # 03-07263
CHAPTER 13

*Filed stamp: 2003 JUL -8 PM 2:49, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO, CASHIER 1*

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee [X] directly [ ] by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: JULY 7, 2003
[X] PRE [ ] POST-CONFIRMATION

[ ] AMENDED PLAN DATED: _____
FILED BY [ ] DEBTOR [ ] TRUSTEE [ ] OTHER

### I. PAYMENT PLAN SCHEDULE

$ 425.00 x 60 = 25,500.00
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
TOTAL = 25,500.00

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from
[ ] Sale of property identified as follows: ___
[ ] Other: ___

Periodic Payments to be made other than, and in addition to the above.
$ ___ x ___ = ___

PROPOSED BASE: $ 25,500.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)
a. Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 1,400.00
b. Additional Fees: $ ___
c. Adjusted Balance: $ ___

Signed: _____ DEBTOR
_____ JOINT DEBTOR

### II DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS CR ___ $ ___
B. SECURED CLAIMS.
   [ ] Debtor represents no secured claims.
   [X] Creditors having secured claims will retain their liens and shall be paid as follows:
   1.[ ] Trustee pays secured ARREARS:
   Cr.___ Cr.___ Cr.___
   # ___ # ___ # ___
   $ ___ $ ___ $ ___

   2.[X] Trustee pays IN FULL Secured Claims
   Cr. D. CHRYSLER  Cr. ___  Cr. ___
   # $19,266.00  # ___  # ___

   3.[ ] Trustee pays VALUE OF COLLATERAL
   Cr.___ Cr.___ Cr.___
   # ___ # ___ # ___
   $ ___ $ ___ $ ___

   4.[ ] Debtor SURRENDERS COLLATERAL to Lien Holder:

   5.[X] OTHER: DEBTOR TO PROVIDE AUTO INSURANCE UPON MATURITY TO CHRYSLER THRU MIDLAND.

   6.[ ] Debtor Otherwise maintains regular payments directly to: ___

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
(11 U.S.C. § 507 and § 1322 (a)(2))

D. UNSECURED CLAIMS. Plan [ ] Classifies [X] Does not Classify Claims.
   1. (a) Class A: [ ] Co-debtor Claims / [ ] Other: ___
      [ ] Paid 100% / [ ] Other: ___
      Cr.___ Cr.___ Cr.___
      # ___ # ___ # ___
      (b) [ ] Other: ___

   2. X Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecured, etc.)*

ROBERTO FIGUEROA CARRASQUILLO
ATTORNEY FOR DEBTOR: _____ Phone: 744-7699