UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

CARMELO FLORES SANTOS

DEBTOR(S)

2003 JUL -8 PM 2:49

BK. CASE # 03-07263
CHAPTER 13

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee [X] directly [ ] by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: JULY 7, 2003
[X] PRE [ ] POST-CONFIRMATION

[ ] AMENDED PLAN DATED: _____
FILED BY [ ] DEBTOR [ ] TRUSTEE [ ] OTHER

### I. PAYMENT PLAN SCHEDULE

$ 425.00 x 60 = 25,500.00
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
TOTAL = 25,500.00

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from
[ ] Sale of property identified as follows: ___

[ ] Other: ___

Periodic Payments to be made other than, and in addition to the above.
$ ___ x ___ = ___

PROPOSED BASE: $ 25,500.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)
a. Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 1,400.00
b. Additional Fees: $ ___
c. Adjusted Balance $ ___

Signed: _____ DEBTOR

_____ JOINT DEBTOR

ROBERTO FIGUEROA CARRASQUILLO
ATTORNEY FOR DEBTOR: _____ Phone: 744-7699

### II DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS CR ___ $ ___
B. SECURED CLAIMS.
[ ] Debtor represents no secured claims.
[X] Creditors having secured claims will retain their liens and shall be paid as follows:
1. [ ] Trustee pays secured ARREARS:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___

2. [X] Trustee pays IN FULL Secured Claims
Cr. D. CHRYSLER  Cr. ___ Cr. ___
# $19,266.00  # ___ # ___

3. [ ] Trustee pays VALUE OF COLLATERAL
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___

4. [ ] Debtor SURRENDERS COLLATERAL to Lien Holder:

5. [X] OTHER: DEBTOR TO PROVIDE AUTO INSURANCE UPON MATURITY TO CHRYSLER THRU MIDLAND.
6. [ ] Debtor Otherwise maintains regular payments directly to:

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
(11 U.S.C. § 507 and § 1322 (a)(2))

D. UNSECURED CLAIMS. Plan [ ] Classifies [X] Does not Classify Claims.
1. (a) Class A: [ ] Co-debtor Claims / [ ] Other: ___
[ ] Paid 100% / [ ] Other: ___
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
(b) [ ] Other: ___

2. X Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecured, etc.)

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0104-3         User: DR              Page 1 of 1              Date Rcvd: Jul 14, 2003
Case: 03-07263GAC            Form ID: I01          Total Served: 13
```

The following entities were served by first class mail on Jul 16, 2003.
```
D         FLORES SANTOS, CARMELO,    PMB 493 BOX 4952,    CAGUAS, PR 00726-4952
DA        ROBERTO FIGUEROA CARRASQUILL,    PO BOX 193677,    SAN JUAN, PR 00919-3677
           AUTORIDAD ENERGIA ELECTRICA,    PO BOX 4267,    SAN JUAN, PR 00936
          +CAMARA DE COMERCIANTES MAYORISTAS,    PO BOX 195337 HATO REY STA,    SAN JUAN, PR 00919
          +DEPARTAMENTO DE HACIENDA,    PO BOX 9024140 OFICINA 424-B,    SAN JUAN, PR 00902
           DEPT JUSTICE-FEDERAL LITIGATION,    PO BOX 9020192,    SAN JUAN, PR 00902-0192
           PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE 12 FLOOR,
             SAN JUAN, PR 00918
           STATE INSURANCE FUND,    PO BOX 365028,    SAN JUAN, PR 00936-5028
           US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1922
1         DAIMLER CHRYSLER,    PO BOX 195286,    SAN JUAN, PR 00919-5286
2         ISLAND FINANCE,    PO BOX 195369,    SAN JUAN, PR 00919-5369
3         PUERTO RICO TELEPHONE,    PO BOX 360998,    SAN JUAN, PR 00936-0998
```

The following entities were served by electronic transmission on Jul 14, 2003 and receipt of the transmission
was confirmed on:
```
T         E-mail: ebnmail@ch13-pr.com Jul 14 2003 18:41:39     JOSE RAMON CARRION MORALES,    PO BOX 9023884,
            SAN JUAN, PR 00902-3884
                                                                                              TOTAL: 1
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Jul 16, 2003**                         **Signature:** _Joseph Speetjens_