TO: UNITED STATES BANKRUPTCY COURT DISTRICT OF PUERTO RICO

**341 MEETING MINUTES AND TRUSTEE'S RECOMMENDATION FOR CONFIRMATION**

RECEIVED AND FILED
OSJ DROP BOX
2003 AUG 20 PM 1:00

11/6
8:30

DEBTOR NAME: CARMELO FLORES SANTOS           CASE NO. 03-07263-G
                                              TAPE NO. NB 32.5  TIME: 2:20

1) DEBTOR(S):
   ✓ PRESENT     __ NOT PRESENT

   ATTY: *ROBERTO FIGUEROA CARRASQUILL*
   R2016 STM. $1,500.00

2) DEBTOR(S) EXAMINED UNDER OATH:
   ✓ YES     __ NO

6) PLAN: DATED Mon Jul 07, 2003
   BASE $         25,500.00
   ✓ HAS BEEN FILED
   __ HAS NOT BEEN FILED

3) DEBTOR'S ATTORNEY:
   ✓ PRESENT
   __ NOT PRESENT

7) MEETING: ✓ CLOSED
   __ CONTINUED TO:
   __ NOT HELD

4) COMPLETED SCHEDULE:
   ✓ FILED   __ NOT FILED

5) CREDITORS:
   __ NOT PRESENT
   ✓ PRESENT   Chrysler

8) FIRST PAYMENT DUE: Thu Aug 07, 2003
   __ TENDERED AT 341 MEETING
   __ EVIDENCE SHOWN  none

9) DEBTOR ATTORNEY R2016(b) STATEMENT
   ✓ HAS BEEN FILED
   __ HAS NOT BEEN FILED

10) LIQUIDATION VALUE $  0

**TRUSTEE'S RECOMMENDATION FOR CONFIRMATION**
CONF. DATE Thu Nov 06, 2003   TIME 8:30 AM
[ ] FAVORABLE AT 341      [ ] CONTINUED      [X] UNFAVORABLE

[ ] FEASIBILITY 11 USC SEC 1325(A)(6)
[ ] UNFAIR DISCRIMINATION SEC 1322(b)
[X] FAILS DISPOSIBLE INCOME TEST   no spouse income
[ ] INSUFFICIENTLY FUNDED SEC 1325(b)
[ ] FAIL CREDITOR'S BEST INTEREST TEST SEC 1325(a)(4)
[ ] AMENDED PLAN, [X] AMENDED SCHEDULES  I and J
[X] NEED TO PROVIDE: [X] INSURANCE OR [X] AMOUNT OF PREMIUM
[ ] CHANGE  [ ] STATE /  [ ] ADDRESS  [ ] SOCIAL SECURITY
[ ] BUSINESS: [ ] MONTHLY REPORTS

MOTION TO DISMISS (MTD):
[X] 10 DAYS IF NO PAYMENT   [ ] NO SHOW   [ ] NO PAYMENTS

COMMENTS:

_____
TRUSTEE OR PRESIDING OFFICER

August 19, 2003
DATE