IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:

Carmelo Flores Santos

Case No.: 03-07263-GAC

Chapter 13

Debtor(s)

TRUSTEE'S MOTION TO DISMISS

TO THE HONORABLE COURT:

**NOW COMES** José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

1. The Debtor(s) **failed to commence making payments** under the proposed plan in violation of what is required pursuant to 11 U.S.C. §1326(a)(1).

**WHEREFORE** the Trustee respectfully prays that this motion be granted and that an order dismissing this case be entered for *cause* pursuant to 11 U.S.C. §1307(c) for the reasons herein set forth.

**30 DAYS NOTICE:** In accordance with local **General Order No. 97-01**, the Debtor(s), all Creditors and Parties in Interest in this case, are hereby notified that unless an opposition to this motion to dismiss is submitted in writing within **30** days from the date appearing in the certificate of service, infra, the Court may grant this motion, or convert the case to a Chapter 7, without a hearing.

**CERTIFICATE OF SERVICE:** Pursuant to Bankruptcy Rule 9014 The Chapter 13 Trustee herewith certified that a copy of this motion has been served by regular US Mail on this **same date to:** the DEBTOR(s) and her/his/their attorney, to all Creditors and to all Parties in Interest, to their respective address of record as they appear in the Master Address List.

In San Juan, Puerto Rico this 17 day of September, 2003.

**JOSE R. CARRION**
CHAPTER 13 TRUSTEE
P.O. Box 9023884
Old San Juan Station
San Juan, P.R. 00902-3884
Tel (787) 977-3535
Fax(787) 977-3551

By:

# CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | | | |
|---|---|---|---|
| JOSE R. CARRION<br>PO BOX 9023884<br>OLD SAN JUAN STATION<br>SAN JUAN, PR | 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR | 00901 |
| *ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN PR | 00919 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN PR | 00902 |
| DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN PR | 00902 | DEPARTMENT OF LABOR<br>BUREAU OF EMPLOYMENT<br>505 MUNOZ RIVERA<br>SAN JUAN PR | 00918 |
| DAIMLER CHRYSLER SERV<br>PO BOX 191635<br>SAN JUAN PR | 00919 | PROGRESSIVE HOME INSURANCE<br>PO BOX 381557<br>GERMANTOWN TN | 38183 |
| ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN PR | 00919 | PUERTO RICO TELEPHONE COMPANY<br>PO BOX 360998<br>SAN JUAN, PR | 00936 |
| CARMELO FLORES SANTOS<br>MB 493<br>BOX 4952<br>CAGUAS PR | 00726 | | |

DATED: September 17, 2003

ROSA QUINONES
OFFICE OF THE CHAPTER 13 TRUSTEE