UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: CARMELO FLORES SANTOS                                           CASE No.
       PMB 493
       BOX 4952                                                        03-07263-G
       CAGUAS PR                    00726-4952         JUDGE: GERARDO A. CARLO

FINAL REPORT AND ACCOUNT

SS#1 - XXX-XX-6351
SS#2 -

This Case was Commenced      The Plan was Confirmed      The Case was Concluded
on Jul 8, 2003               on                          on Dec 12, 2003

THE SUBJECT CASE HAS BEEN DISMISSED BEFORE CONF
     Your trustee has maintained a detailed record of all receipts, including
the source or other identification of each receipt and of all disbursements.
Copies of these detailed records have been filed with the Court or are attached
hereto, and are incorporated by reference in this report.


RECEIPTS: Amounts paid to the Trustee by or for the Debtor for the benefit of
          creditors.                                                  $      .00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| DAIMLER CHRYSLER SERV | CAR IN FU | 22499.40 | .00 | .00 | .00 |
| ISLAND FINANCE | UNSECURED | 3150.00 | .00 | .00 | .00 |
| PROGRESSIVE HOME INSURANCE | PRIORITY | .00 | .00 | .00 | .00 |
| PUERTO RICO TELEPHONE COMPANY | UNSECURED | 254.91 | .00 | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 1037.73 | .00 | .00 | .00 |
| CARMELO FLORES SANTOS | REFUND | .00 | .00 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL |  |
|---|---|---|---|---|---|---|---|
| AMT ALL | 22499.40 | .00 | 4442.64 |  | .00 | 26942.04 | PRINCIPAL |
| PRIN PD | .00 | .00 | .00 |  | .00 | .00 | AND INT. |
| INT PAID | .00 | .00 | .00 |  |  | .00 | .00 |

PAGE   1 - CONTINUED ON NEXT PAGE

```
CASE NO. 03-07263-G
DEBTOR(S): CARMELO FLORES SANTOS
OTHER DISBURSEMENTS UNDER ORDER OF COURT:
         DEBTOR'S ATTORNEY              FEE ALLOWED     FEE PAID
*ROBERTO FIGUEROA CARRASQUILL*           1400.00          .00
```

COURT COSTS AND OTHER EXPENSES OF ADMINSTRATION:

| FILING FEE & DEPOSIT | ADDITIONAL CHARGES | | TRUSTEE | | OTHER COST | |
|---|---|---|---|---|---|---|
| | 1% OF RECEIPTS | .25 EA CLAIM OVER 10 | EXP. & COMPENSATION FUND | | | |
| .00 | .00 | | .00 / | .00 | .00 | .00 |

   I, the Chapter 13 Trustee, hereby CERTIFY that the estate has been fully administered.

   WHEREFORE, the movant prays that an order be entered discharging Chapter 13 Trustee of his duties under this case and that he and his Surety Company be released of any possible liability arising during the administration of this case. The Chapter 13 Trustee also prays that an order closing the case be entered.

   NOTICE to the debtor, creditors and parties in interest are hereby advised that pursuant to FRBP 5009 if within THIRTY (30) days no objection is filed by the United States Trustee or a party in interest, there shall be a presumption that the estate has been fully administered, and the Court may approve the Trustee's Final Report and Account and close the case without further notice.

DATED:                                      _____
                                            JOSE R. CARRION, TRUSTEE

18 DEC 2003

# CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | | |
|---|---|---|
| JOSE R. CARRION<br>PO BOX 9023884<br>OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN PR 00919 | | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN PR 00902 |
| DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN PR 00902 | | DEPARTMENT OF LABOR<br>BUREAU OF EMPLOYMENT<br>505 MUNOZ RIVERA<br>SAN JUAN PR 00918 |
| DAIMLER CHRYSLER SERV<br>PO BOX 191635<br>SAN JUAN PR 00919 | | PROGRESSIVE HOME INSURANCE<br>PO BOX 381557<br>GERMANTOWN TN 38183 |
| ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN PR 00919 | | PUERTO RICO TELEPHONE COMPANY<br>C/O SANDRA E TORRES LOPEZ<br>PO BOX 360998<br>SAN JUAN PR 00936 |
| VERIZON WIRELESS<br>C/O SANDRA E TORRES ESQ<br>PO BOX 360998<br>SAN JUAN PR 00936 | | |
| CARMELO FLORES SANTOS<br>PMB 493<br>BOX 4952<br>CAGUAS PR 00726 | | |

DATED: December 18, 2003

ROSA QUINONES
OFFICE OF THE CHAPTER 13 TRUSTEE