IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

FLORES SANTOS, CARMELO

XXX-XX-6351

Debtor(s)

CASE NO. 03-07263 GAC

Chapter 13

**FILED & ENTERED ON 3/2/2004**

## ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE

The Order or Judgment dismissing this case was entered on 10/24/2003. The Chapter 13 Trustee has filed a Final Report and Account of the administration of this case, which Report and Account has been duly notified to all creditors and parties in interest, giving them thirty days to object, as certified by the trustee. No objection has been filed. Accordingly, it is now

ORDERED that the trustee is hereby discharged, that his bond is cancelled, and the surety thereon released from further liability thereunder. The estate is hereby closed.

SO ORDERED.

San Juan, Puerto Rico, this 2 day of March, 2004.

Gerardo A. Carlo
U.S. Bankruptcy Judge

CC:   JOSE RAMON CARRION MORALES

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0104-3          User: EBG                Page 1 of 1              Date Rcvd: Mar 02, 2004
Case: 03-07263GAC             Form ID: I01             Total Served: 16

The following entities were served by first class mail on Mar 04, 2004.
D         FLORES SANTOS, CARMELO,    PMB 493 BOX 4952,    CAGUAS,PR 00726-4952
DA        ROBERTO FIGUEROA CARRASQUILL,    PO BOX 193677,    SAN JUAN,PR 00919-3677
          CAMARA DE COMERCIANTES MAYORISTAS (,    PO BOX 195337 HATO REY STA,    SAN JUAN,PR 00919-5337
          DEPARTAMENTO DE HACIENDA (HACIENDA),    PO BOX 9024140 OFICINA 424-B,    SAN JUAN,PR 00902-4140
          STATE INSURANCE FUND (SIF),    PO BOX 365028,    SAN JUAN,PR 00936-5028
          INTERNAL REVENUE SERVICES (IRS),    2 AVE PONCE DE LEON ROOM 1014,    EDIF MERCANTIL PLAZA STEP 27 1/2,
            SAN JUAN,PR 00918-1693
          DEPT JUSTICE-FEDERAL LITIGATION (JU,    PO BOX 9020192,    SAN JUAN,PR 00902-0192
          AUTORIDAD ENERGIA ELECTRICA (AEE),    PO BOX 4267,    SAN JUAN,PR 00936
          PR DEPARTMENT OF LABOR (LABOR2),    PRUDENCIO RIVERA MARTINEZ BLDG,
            505 MUNOZ RIVERA AVENUE 12 FLOOR,    SAN JUAN,PR 00918
          US TRUSTEE (UST),    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN,PR 00901-1922
1         DAIMLER CHRYSLER,    PO BOX 195286,    SAN JUAN,PR 00919-5286
2         ISLAND FINANCE PR INC,    PO BOX 195369,    SAN JUAN,PR 00919-5369
3         PUERTO RICO TELEPHONE,    PO BOX 360998,    SAN JUAN,PR 00936-0998
4         DAIMLER CHRYSLER,    PO BOX 191635,    SAN JUAN,PR 00919-1635
5         VERIZON WIRELESS,    SANDRA E TORRES ESQ,    PO BOX 360998,    SAN JUAN,PR 00936-0998

The following entities were served by electronic transmission on Mar 02, 2004 and receipt of the transmission
was confirmed on:
T         E-mail: ebnmail@ch13-pr.com Mar 02 2004 21:26:14     JOSE RAMON CARRION MORALES,    PO BOX 9023884,
            SAN JUAN,PR 00902-3884
                                                                                              TOTAL: 1

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
          BANCO (BPRR-2),    ,
                                                                                              TOTALS: 1, * 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2004**          **Signature:** *Joseph Speetjens*